UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **ROBERT DENHAM,** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:21-CV496 |
| | : | |
| v. | : | Judge: Sarah D. Morrison |
| | : | |
| **ABBOTT LABORATORIES et. al.** | : | Magistrate: Judge Chelsy M. Vascura |
| | : | |
| Defendants. | : | |
| | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Robert Denham and Defendants Abbott Laboratories et. al., hereby stipulate to dismissal of this action and all claims and counterclaims asserted therein *with prejudice*. Each of the Parties shall bear its own fees and costs.

Respectfully submitted,

By: */s/Helen M. Robinson*
Helen M. Robinson (0097070)
*(hrobinson@marshallforman.com)*
John S. Marshall (0015160)
*(jmarshall@marshallforman.com)*
Edward R. Forman (0076651)
*(eforman@marshallforman.com)*
Samuel M. Schlein (0092194)
*(sschlein@marshallforman.com)*
Madeline J. Rettig (0098816)
*(mrettig@marshallforman.com*)
MARSHALL AND FORMAN LLC
250 Civic Center Dr., Suite 480
Columbus, Ohio 43215-5296
(614) 463-9790
Fax (614) 463-9780

By: */s/ Jason M. Torres*
Admitted Pro Hac Vice
Jason M. Torres (IL Bar #6278611)
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606-6448
Telephone: (312) 460-5000

*Attorneys for Defendant*

**OF COUNSEL:**
Louis A. Jacobs (002101)
(*LAJOhio@aol.com*)
177 19th St., Apt. 9C
Oakland, CA 94612
(614) 203-1255
Fax (510) 250-9007

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Stipulation For Dismissal *with prejudice* was filed with the Court on this 27th day of April 2022 using the CM/ECF system, which will send notification of such filing to all counsel of record. Parties may access this filing through the Court's filing system.

        By: */s/ Helen M. Robinson*
        Helen M. Robinson (0097070)